IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| G-P MOVES FREIGHT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:11-CV-00099-DF |
| | § | |
| J.B. HUNT TRANSPORT SERVICES, INC. | § | |
| and SCHNEIDER NATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |

## STIPULATION AND MOTION FOR DISMISSAL

Plaintiff G-P Moves Freight, LLC and Defendants J.B. Hunt Transport Services, Inc. and Schneider National, Inc. file this Stipulation and Unopposed Motion for Dismissal under Federal Rule of Civil Procedure 41.  The parties stipulate to the following:

1. Plaintiff G-P Moves Freight, LLC filed this lawsuit on May 9, 2011 alleging that Defendants J.B. Hunt Transport Services, Inc. and Schneider National, Inc. infringe U.S. Patent No. 7,854,577.

2. The parties have agreed that this case should be dismissed, WITH PREJUDICE.

The parties therefore request that this Court should enter an order of dismissal in which this case is dismissed, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Date: September 8, 2011

                                              Respectfully submitted,

 /s/ William D. McSpadden
Adam T. Dougherty
Texas Bar No. 24026809
E-Mail:  Adam.Dougherty@bakermckenzie.com
William D. McSpadden
State Bar No. 24002587
E-Mail:  william.mcspadden@bakermckenzie.com
BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 978-3000
Facsimile: (214) 978-3099

Lance Lee
Attorney at Law
5511 Plaza Drive
Email: wlancelee@aol.com
Texarkana, TX 75503
903/223-0276
Fax: 903/223-0210
**ATTORNEYS FOR DEFENDANT**
**J.B. HUNT TRANSPORT SERVICES, INC.**

/s/ Mark Varboncouer
Mark L Varboncouer
Email: mvarboncouer@mcguirewoods.com
Lindsey Lauren Hargrove
Email: lhargrove@mcguirewoods.com
MCGUIRE WOODS - CHICAGO
77 West Wacker Dr
Suite 4100
Chicago, IL 60601
312/750-8607
Fax: 312/698-4529

**ATTORNEYS FOR DEFENDANT SCHNEIDER NATIONAL, INC.**

/s/ Dave Caine
David A Caine
Email: dacaine@agilityiplaw.com
James C. Otteson
Email: jim@agilityiplaw.com
Monica Mucchetti Eno
Email: monica@agilityiplaw.com
Thomas T Carmack
tom@agilityiplaw.com
Xiang Long
Email: longxiang@agilityiplaw.com
AGILITY IP LAW LLP
1900 University Circle
Ste 201
East Palo Alto, CA 94303
650-227-4800
Fax: 650-318-3483

Andrew W. Spangler
Email: spangler@spanglerlawpc.com
SPANGLER LAW PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403

**ATTORNEYS FOR PLAINTIFF G-P MOVES FREIGHT, LLC**