IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| G-P MOVES FREIGHT, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:11-CV-00099-DF |
| § | |
| J.B. HUNT TRANSPORT SERVICES, INC. § | |
| and SCHNEIDER NATIONAL, INC. § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation and Motion to Dismiss, the Court is of the opinion that this Motion should be GRANTED. The Court hereby orders that the case be dismissed, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

This Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms of a settlement agreement that has been entered into by the parties.

**SIGNED this 8th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE